IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVON BUILDERS LLC | : | |
|     Plaintiff | : | No.  2:25-cv-6696 |
| | : | |
| v. | : | |
| | : | |
| 49 SOUTH STREET REALTY TRUST, et al. | : | |
|     Defendants | : | |

## NOTICE OF REMOVAL

Defendant, 49 South Street Realty Trust (improperly plead as Harold C. Garnick, Richard B. Cohen, Trustees of 49 South Street Realty Trust, and CGI Properties I, Inc., Trustee) (the "Trust"), by its attorneys High Swartz LLP, files this Notice of Removal to remove the above-captioned case from the Montgomery County Court of Common Pleas, Pennsylvania, pursuant to 28 U.S.C. §1332, 1441 and 1446, and states in support as follows:

1. Defendant is the original defendant in a civil action commenced by the filing of a Complaint ("Complaint") on October 21, 2025, in the Montgomery County Court of Common Pleas, Pennsylvania, captioned *Devon Builders LLC v. 49 South Street Realty Trust, et al.*, No. 2025-25769 ("State Court Action").

2. The Complaint is the first pleading in this action that sets forth a claim for relief from which it is ascertainable that the action may be removed to this Court.

3. This Notice of Removal is timely because Defendant was served on October 29, 2025.

4. This Notice of Removal is filed in the United States District Court for the Eastern District of Pennsylvania, the district embracing the place where the State Court Action is pending as required by 28 U.S.C. § 1441(a).

5. A copy of this Notice of Removal is being contemporaneously filed with the Montgomery County Court of Common Pleas as required by 28 U.S.C. § 1446(d).

1

6. Attached to this Notice as Exhibit "A" and incorporated herein are copies of all process, pleadings, and orders served upon Defendants in this action as required by 28 U.S.C. § 1446(a).

**DIVERSITY**

7. The amount in controversy as alleged in the Complaint is in excess of $75,000, as Plaintiff alleges a principal sum of $207,597.00, plus statutory interest, penalties, attorney's fees and costs.

8. Plaintiff is a resident of Pennsylvania and upon information and belief all members are residents of Pennsylvania. See Complaint ¶ 1.

9. Defendant, 49 South Street Realty Trust, is a Massachusetts Trust with an office at 651 Washington Street, Suite 200, Brookline, MA 02446. See Complaint ¶ 2.

10. The sole beneficiary of 49 South Street Realty Trust is 49 South Street Associates, LLC.

11. The members of 49 South Street Associates, LLC are: the Laure Garnick Irrevocable Family Trust, Solomon Bouccai Trustee; R&W Cohen Investments, LLC, Richard B. Cohen, President; and Gerald D. Cohen 2004 Family Trust, Susan B. Cohen and Stephen W. Kidder, Trustees.

12. All members of 49 South Street Associates, LLC, by their membership, are residents of Massachusetts with an address of 651 Washington St., Suite 200 Brookline, MA 02446.

13. CGI Properties I, Inc., Harold G. Garnick, Richard B. Cohen, and Gerald D. Cohen are the Trustees of the 49 South Street Realty Trust with its principal place of business at 651 Washington Street, Suite 200, Brookline, MA 02446. See Complaint ¶¶ 4-5.

14. The requirements for this Court to have jurisdiction of this matter based upon diversity of citizenship are satisfied. See 28 U.S.C. § 1446(a).

WHEREFORE, Defendants respectfully request that the above action now pending against it in the Montgomery County Court of Common Pleas be removed to Your Honorable Court.

HIGH SWARTZ LLP

By: _____
Kevin Cornish, Esquire
No. 206698
40 East Airy Street
Norristown, PA 19404
610-275-0700
610-275-5290 (fax)
kcornish@highswartz.com
Counsel for Defendant

Date: November 26, 2025